IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

**Plaintiff,**

v.                                                          CASE NO. 19-3231-SAC

M. J. LOPEZ, et al.,

**Defendants.**

## ORDER OF DISMISSAL

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff proceeds pro se and in forma pauperis. On September 16, 2020, the Court entered a Notice and Order to Show Cause (NOSC) that granted plaintiff to and including October 19, 2020, to show cause why the complaint should not be dismissed for the reasons set out in the order, or, in the alternative, to file an amended complaint to cure the deficiencies identified in the NOSC. Plaintiff was advised that if he failed to respond, this matter might be dismissed for the reasons stated in the order. There has been no response.

The Court has considered the record and will dismiss this matter for failure to state a claim for relief. For the reasons explained in the NOSC, plaintiff's claims alleging a denial of access to the courts are insufficient to show that he was denied the opportunity to present a nonfrivolous claim concerning his conviction or conditions of confinement, and his claims of due process violations are insufficient to state any viable claim.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed for failure to state a claim for relief.

**IT IS SO ORDERED.**

DATED:  This 23rd day of October, 2020, at Topeka, Kansas.


                              S/ Sam A. Crow

                              SAM A. CROW
                              U.S. Senior District Judge