# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Matthew Charles Schlobohm,**

    **Plaintiff,**

v.                               Case No. 19-3231-SAC

**M. J. Lopez, et al,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim for relief.

Entered on the docket 10/23/20

**Dated: October 23, 2020**         TIMOTHY M. O'BRIEN
                                          CLERK OF THE DISTRICT COURT


                                            s/J. Lolley
                                            **Deputy Clerk**